THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS STEINKE, Appellant.

Submitted September 27, 2010; decided November 23, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in District Court, County of Nassau (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602).